No. 84–1548. AMIS *v.* STEELE, LEE COUNTY TAX COLLECTOR, ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 84–1551. KATHERINE D., A MINOR, BY AND THROUGH HER NATURAL PARENTS AND LEGAL GUARDIANS, KEVIN D. ET UX. *v.* DEPARTMENT OF EDUCATION OF HAWAII. C. A. 9th Cir. Certiorari denied.

No. 84–1552. SODERBECK *v.* BURNETT COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–1556. DURHAM HOSIERY MILLS, INC., ET AL. *v.* WHITE. C. A. 4th Cir. Certiorari denied.

No. 84–1557. HOWKINS *v.* CALDWELL ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–1561. S/S LAKE ANJA ET AL. *v.* M. GOLODETZ EXPORT CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–1565. VAN WEELDE BROTHERS SHIPPING LTD. ET AL. *v.* I. N. C. A. S. ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–1576. MICHIGAN *v.* EARLY. Ct. App. Mich. Certiorari denied.

No. 84–1579. PRESBYTERY OF ELIJAH PARISH LOVEJOY ET AL. *v.* JAEGGI ET AL. Sup. Ct. Mo. Certiorari denied.

No. 84–1603. KELTEE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 84–5934. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5941. SATTERFIELD *v.* UNITED STATES;
No. 84–6300. ALLISON *v.* UNITED STATES; and
No. 84–6434. WELDEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 743 F. 2d 827.